52 F.3d 316
 2 Wage & Hour Cas.2d (BNA) 1152
 Robert B. Reich, Secretary of Labor, U.S. Department of Labor
v.
PTC Career Institute of Pennsylvania, Inc., PTC Carrer
Institute of Chicago, Inc., PTC Carrer Institute of New
Jersey, Inc., PTC Career Institute of Baltimore, Inc., PTC
Career Institute of Washington, Inc., Richard Friedberg,
Miryam Friedberg, William Mishkin, Michael Friedberg, Ari Friedberg
 NO. 94-1833
 United States Court of Appeals,
Third Circuit.
 Mar 21, 1995
 
 Appeal From: E.D.Pa., No. 94-00647,
 Padova, J.
 
 
 1
 AFFIRMED.